[No. 13034-3-II. Division Two. October 22, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. LEIGH ANN MORRELL, *Appellant.*

Appeal from a judgment of the Superior Court for Mason

County, No. 89–1–00018–1, James B. Sawyer II, J., entered June 12, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.